```
 1  FRANK R. LINDH (SBN 157986)
    HARVEY YALE MORRIS (SBN 87902)
 2  ELIZABETH M. MCQUILLAN (SBN 106085)        JS-6
    emm@cpuc.ca.gov
 3  Public Utilities Commission
    of the State of California
 4  505 Van Ness Avenue
    San Francisco, CA  94102
 5  Telephone: (415) 703-1471
    Facsimile:  (415) 703-2262
 6  Attorneys for Defendants
 7  Public Utilities Commission of the State of California,
    Michael R. Peevey, Timothy Alan Simon, Michel
 8  Peter Florio, Catherine J.K. Sandoval, and Mark J. Ferron
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLUTIONS FOR UTILITIES, INC., et al.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.<br><br>             Defendants. | Case No. CV11 04975 SJO (JCGx)<br><br>**JUDGMENT**<br><br>Date:  December 17, 2012<br>Time: 10:00 a.m.<br>Courtroom:  Hon. S. James Otero |

     The Motion for Summary Judgment of defendants Public Utilities Commission of the State of California (CPUC) and Commissioners Michael R. Peevey, Timothy Alan Simon, Michel Peter Florio, Catherine J.K. Sandoval, and Mark J. Ferron (collectively, the CPUC Defendants) came on for hearing on December 17, 2012 before the Honorable S. James Otero.

     The Court has considered the CPUC Defendants' Motion for Summary Judgment, the accompanying Memorandum of Points and Authorities, the Statement

of Uncontroverted Material Facts and Conclusions of Law, the Request for Judicial Notice, the Declaration of Harvey Yale Morris, and all pleadings and papers on file in this action, and the arguments of counsel presented on the hearing of this Motion.

IT IS HEREBY ORDERED THAT the CPUC Defendants' Motion for Summary Judgment on Claims 1 and 3 of the Second Amended Complaint is granted.

IT IS HEREBY FURTHER ORDERED THAT plaintiffs Solutions for Utilities, Inc., CAlifornians for Renewable Energy, Inc., Michael E. Boyd and Robert Sarvey take nothing, the action be dismissed in its entirety, and that defendants recover their costs.

Dated: January 03, 2013  _____

The Honorable S. James Otero
United States District Court Judge