JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOLUTIONS FOR UTILITIES, INC., et al.,

          Plaintiffs,

  vs.

CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.

          Defendants.

Case No. CV11 04975 SJO (JCGx)

**JUDGMENT**

Date: December 28, 2016
Time: 10:00 a.m.
Courtroom: Hon. S. James Otero
              Courtroom 1, 2nd Floor

      The Motion for Summary Judgment of defendants Public Utilities Commission of the State of California (CPUC) and Commissioners Michael Picker, Michel Peter Florio, Catherine J.K. Sandoval, Carla J. Peterman, and Liane M. Randolph (collectively, the CPUC Defendants) was set for hearing on December 5, 2016 before the Honorable S. James Otero.

      The Court has considered the CPUC Defendants' Motion for Summary Judgment, the accompanying Memorandum of Points and Authorities, the Statement of Uncontroverted Material Facts and Conclusions of Law, the Request for Judicial Notice, the Declaration of Harvey Yale Morris, and all pleadings and papers on file in this action, and the arguments of counsel presented on the hearing of this Motion.

IT IS HEREBY ORDERED THAT the CPUC Defendants' Motion for Summary Judgment on Claims 1 and 2 of the Fifth Amended Complaint is granted.

IT IS HEREBY FURTHER ORDERED THAT plaintiffs CAlifornians for Renewable Energy, Inc., Michael E. Boyd and Robert Sarvey take nothing, the action be dismissed in its entirety, and that defendants recover their costs.

Dated:  December 28, 2016

*S. James Otero*

The Honorable S. James Otero
United States District Judge