JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLUTIONS FOR UTILITIES, INC., a California corporation, CALIFORNIANS FOR RENEWABLE ENERGY, INC., a California Non-Profit Corporation, MICHAEL E. BOYD, and, ROBERT SARVEY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, an Independent California State Agency, SOUTHERN CALIFORNIA EDISON CO., a California Corporation, MARYBEL BATJER, MARTHA GUZMAN ACEVES, CLIFFORD RECHTSCHAFFEN, GENEVIEVE SHIROMA, and DARCIE L. HOUCK, in their official and individual capacities as current Public Utilities Commission of California,<br><br>　　　　　　Defendants. | Case No. 2:11-CV-04975-JWH-JCG<br><br>**JUDGMENT** |

Pursuant to the "Memorandum Opinion and Order (1) Granting Motion of Defendants California Public Utilities Commission and Commissioners to Dismiss Seventh Amended Complaint [ECF No. 316]; and (2) Denying Plaintiffs' Renewed Motion for Leave to File Eighth Amended and Third Supplemental Complaint [ECF No. 322]" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 16 U.S.C. §§ 824a-3, *et seq*.

2. Plaintiffs Solutions for Utilities, Inc. and Californians for Renewable Energy, Inc. were previously **DISMISSED**.  Defendant Southern California Edison Co. was previously **DISMISSED**.

3. The operative pleading is the Seventh Amended Complaint [ECF No. 298] filed by Plaintiffs Michael E. Boyd and Robert Sarvey (jointly, "<u>Plaintiffs</u>").

4. The Seventh Amended Complaint is **DISMISSED without leave to amend**.  Defendants California Public Utilities Commission and the current Commissioners of the CPUC shall have **JUDGMENT** in their favor, and **AGAINST** Plaintiffs.  Plaintiffs shall take nothing by way of their Seventh Amended Complaint.  This action is **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 13, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE